UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 CR 577-7 |
| ) | |
| ) | Hon. Elaine E. Bucklo |
| ENRIQUE HOLLINS, ) | |
| ) | |
| Defendant. ) | |

**ADDITIONAL SENTENCING EXHIBITS**

**GED Graduation Photographs**

    Exhibit 42    05/15/23    GED Graduation Photo - No. 1

    Exhibit 43    05/15/23    GED Graduation Photo - No. 2

    Exhibit 44    05/15/23    GED Graduation Photo - No. 3

    Exhibit 45    05/15/23    GED Graduation Photo - No. 4

JEFFREY J. LEVINE
19 South La Salle Street, Suite 702
Chicago, Illinois 60602
(312) 372-4600

May 16, 2023