# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                                                           Plaintiff,

v.                                                                            Case No.: 1:20−cr−00577
                                                                                             Honorable Elaine E. Bucklo

Johnnie Grant, et al.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo, as to Enrique Hollins (7): Sentencing held on 5/31/2023. Defendant's motion for downward variance − offender characteristics [589] is denied. Defendant's motion for order to allow payment of special assessment and restitution [605] is granted. Special assessment is ordered in the amount of $100.00 as to Count 1 (one) of the Indictment. And, One−Hundred Dollars ($100.00) to The Clerk of the Court as repayment to the United States of government funds you received during the investigation of this offense. The Clerk of the Court shall remit the funds to the Drug Enforcement Administration, Attn: Gloria Gomez, Fiscal Specialist Chicago Field Division, 230 South Dearborn Street, Suite 1200, Chicago, IL 60604. Judgment to follow. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.